An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS PALMER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63701

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from an order of the district court denying appellant Dennis Palmer's post-conviction petition for a writ of habeas corpus.[1]  Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Palmer filed a petition on March 5, 2013, challenging the sentence and conditions of lifetime supervision in district court case number C203982.  On appeal, Palmer argues that the district court erred in denying his petition as procedurally barred and on the merits of the claims.  We note, however, that at the time Palmer filed his petition in the district court, he had expired his sentence of imprisonment and was subject only to lifetime supervision.  A person on lifetime supervision may not file a post-conviction petition for a writ of habeas corpus because he is

---

[1]Palmer labeled his petition alternatively a "motion to strike conditions of lifetime supervision."  To the extent that he attempts to appeal the denial of this motion, we lack jurisdiction because no statute or court rule permits an appeal from an order denying a "motion to strike conditions of lifetime supervision."  *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

SUPREME COURT
OF
NEVAOA

(O) 1947A

14 -19278

not under a sentence of death or imprisonment as required by NRS 34.724. *See Coleman v. State*, 130 Nev. ___, ___, 321 P.3d 863, 867 (2014). Therefore, because Palmer did not meet the imprisonment requirement of NRS 34.724, he was not eligible for post-conviction habeas relief. *See id.* For this reason, we affirm the decision of the district court to deny the petition.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:　Hon. Elizabeth Goff Gonzalez, District Judge
　　Turco & Draskovich
　　Attorney General/Carson City
　　Clark County District Attorney
　　Eighth District Court Clerk

---

[2]Although the district court incorrectly addressed the procedural bars and merits of the claims, we nevertheless affirm because the district court reached the correct result in denying the petition. *See Wyatt v. State*, 86 Nev. 294, 298, 468 P.2d 338, 341 (1970) (holding that a correct result will not be reversed simply because it is based on the wrong reason).